## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Charles Edwards, Jr.
Natchitoches Detention Ctr.
299 Edwina Drive
Natchitoches, LA 71457

**REHEARING ACTION: May 23, 2012**

**Docket Number: 10   01443-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CHARLES EDWARDS, JR.**

**Writ Application from Natchitoches Parish Case No. C-11583-B**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles Edwards, Jr.** has this day been

> **DENIED.**

cc: Van Hardin Kyzar, Counsel for  the Respondent